Generated: May 22, 2024 1:08PM                                                                                                     Page 1/1



# U.S. District Court

## Florida Southern - West Palm Beach

Receipt Date: May 22, 2024 1:08PM

Paul Charles

Rcpt. No: 8922	Trans. Date: May 22, 2024 1:08PM	Cashier ID: #ME

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 202 | Writ of Habeas Corpus | | 1 | 5.00 | 5.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #9574206394 | 05/15/2024 | | $5.00 |
| | | | Total Due Prior to Payment: | | $5.00 |
| | | | Total Tendered: | | $5.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.